# Court of Appeals
# of the State of Georgia

ATLANTA,  February 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1127. HARISAT TOLUWALOJU FATAI v. YUSUF FATAI.

Harisat Toluwaloju Fatai ("the wife") and Yusuf Fatai ("the husband") divorced, and the trial court subsequently ordered the sale of the marital home. The wife failed to abide by the order, and the trial court held her in contempt. The wife then filed this direct appeal from the contempt ruling. We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases," including orders holding persons in contempt of such orders, must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a )(2), (b); see *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 540-41 (916 SE2d 738) (2025). "Compliance with the discretionary appeals procedure is jurisdictional." Id. at 541. Because the wife failed to file an application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  02/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*